SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER, ROOM 400
NEW YORK, NEW YORK 10281
(212) 336-1100

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE        :
COMMISSION,                    :
                               :
          Plaintiff,           :
                               :
     v.                        :     12 CIV 7728 (GBD)
                               :
YORKVILLE ADVISORS, LLC,       :     ECF CASE
MARK ANGELO and EDWARD SCHINIK,:
                               :
          Defendants,          :
                               :
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that the following attorney has entered her appearance as counsel in this case for Plaintiff Securities and Exchange Commission. She is admitted to practice in this Court.

                        Valerie A. Szczepanik
                        U.S. Securities and Exchange Commission
                        3 World Financial Center, Room 400
                        New York, New York 10281
                        Tel: (212) 336-0175
                        Fax: (212) 336-1353
                        SzczepanikV@sec.gov

Executed:   October 17, 2012
            New York, New York

By: _____
                        Valerie A. Szczepanik
                        Securities and Exchange Commission
                        New York Regional Office
                        3 World Financial Center, Room 400
                        New York, NY  10281
                        Attorney for Plaintiff