

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 28 2015

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Caryn G. Schechtman
caryn.schechtman@dlapiper.com
T 212.335.4593
F 212.884.8593

July 27, 2015

**SO ORDERED**
The conference is adjourned to
November 5, 2015 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

JUL 28 2015

VIA FACSIMILE

Honorable George B. Daniels
United States District Court Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  **SEC v. Yorkville Advisors, LLC, et al., No. 12 Civ. 7728 (GBD)**
     **Request for continuance of status conference**

Dear Judge Daniels:

We represent defendants Yorkville Advisors, LLC, Mark Angelo and Edward Schinik in this case. The parties jointly request a continuance of the status conference currently scheduled for Thursday, August 6, 2015 at 9:45 a.m. The Court has previously adjourned this status conference, most recently on April 30, 2015 (Dkt. #106). This further continuance is warranted as the parties are actively conducting percipient witness deposition discovery. We respectfully request another continuance of the status conference until November 5, 2015 or another time convenient for the Court.

Respectfully submitted,

Caryn G. Schechtman

cc:  (via e-mail)
     Stephen Holden, Esq.
     Todd Brody, Esq.
     Nick Morgan, Esq.