

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE, 200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
(212) 336-0080

May 18, 2018

**Via Fax and ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      RE:    <u>SEC v. Yorkville Advisors, LLC, et al.</u>, (12-CV-7728) (GBD)

Dear Judge Daniels:

      Attached for the Court's consideration is a stipulation of the parties dismissing the action with prejudice against all Defendants pursuant to FRCP 41(a)(1)(A)(ii). In light of this stipulation, the parties believe that the conference presently scheduled for May 23, 2018 can be removed from the calendar. If the Court has any questions, I can be reached at (212) 336-0080.

      Respectfully submitted,

      /s/ Todd. D. Brody
      Todd D. Brody
      Senior Trial Counsel

cc:    Caryn G. Schechtman, Esq. (by email)
      Patrick J. Smith, Esq. (by email)
      Rodney Villazor, Esq. (by email)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE            :
COMMISSION,                        :
                                   :
         Plaintiff,                :
                                   :
v.                                 :    12 CIV 7728 (GBD)
                                   :
YORKVILLE ADVISORS, LLC,           :    ECF CASE
MARK ANGELO and EDWARD SCHINIK,    :
                                   :
         Defendants.               :
-------------------------------------------------------------x

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed with prejudice against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 18, 2018

By: /s/ Todd D. Brody /SBH
Todd D. Brody
Securities and Exchange Commission
New York Regional Office
Brookfield Place, Room 400
New York, NY 10281
Tel: (212) 336-0080
Attorney for Plaintiff

By: _____
Caryn G. Schechtman
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Tel: (212) 335-4593
Attorney for Defendants

SO ORDERED, this _____ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE