UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

              Plaintiff,

v.

YORKVILLE ADVISORS, LLC,
MARK ANGELO and EDWARD SCHINIK,

             Defendants.

-------------------------------------------------------------------x

12 CIV 7728 (GBD)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 18 2018

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed with prejudice against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 18, 2018

By: /s/ Todd D. Brody
Todd D. Brody
Securities and Exchange Commission
New York Regional Office
Brookfield Place, Room 400
New York, NY 10281
Tel: (212) 336-0080
Attorney for Plaintiff

By: _____
Caryn G. Schechtman
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Tel: (212) 335-4593
Attorney for Defendants

SO ORDERED, this _____ day of May, 2018.

/s/ George B. Daniels
UNITED STATES DISTRICT JUDGE

MAY 18 2018