

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Caryn G. Schechtman
caryn.schechtman@dlapiper.com
T  212.335.4593
F  212.884.8593

June 28, 2018

*VIA ECF*

The Honorable George B. Daniels
U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> **Re:** *SEC v. Yorkville Advisors, LLC, et al.*, No. 12 Civ. 7728 (GBD)

Dear Judge Daniels:

  We represent defendants Yorkville Advisors, LLC, Mark Angelo, and Edward Schinik ("Defendants") in the above referenced matter.  In Your Honor's Memorandum and Decision and Order dated March 29, 2018, and modified on April 23, 2018 (Dkt. No. 225), the Court granted the Defendants' Motion for Summary Judgment in part.  On May 18, 2018 the parties filed, and the Court so-ordered, a Stipulation of Voluntary Dismissal With Prejudice (Dkt. No. 228) dismissing all remaining claims.  Defendants intend to file a Bill of Costs pursuant to Local Civil Rule 54.1, and respectfully requests this Court to enter a final judgment as to Defendants.

              Respectfully submitted,

              **DLA Piper LLP (US)**

              Caryn G. Schechtman

cc:  Todd D. Brody (via ECF)